Thompson's testimony does not outweigh the evidence against it. Order reversed and verdict reinstated, and judgment entered thereon, with costs, besides costs of this appeal. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Empire Trust Company, Appellant, Respondent, v. Charles W. Coleman, as Executor and Trustee, etc., of Charles Donohue, Deceased, and Gertrude L. Donohue, Appellants, Respondents, Impleaded with Others.— As to the question of interest upon the three separate mortgages involved in this action, we think the subject-matter is covered by the decision of the United States Supreme Court in *Brown* v. *Marion National Bank* (169 U. S. 416), and that the judgment below should be so modified as to provide interest at the legal rate of six per cent on all three mortgages from the date of the beginning of this action, viz., June 24, 1913, the principal sum to be reduced, however, by the amount of $9,121.79, which had been voluntarily relinquished by the plaintiff, appellant. As so modified, the judgment is affirmed, with costs to the plaintiff, appellant. This modification of the judgment requires a reversal of several findings of fact made in favor of the defendants, appellants, and the finding by this court of several requests to find facts and conclusions of law. The order making such reversals and new findings should be settled on notice. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Burr, J., not voting. Ordered to be settled on notice before Mr. Justice Carr.

George Gabel, Respondent, v. Hastings Homes Company, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

George Gabel, Respondent, v. Hastings Homes Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Jennie Gage, Respondent, v. James B. Gage, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Charles H. Goddard, Respondent, v. Warren Bigelow, Appellant.— We think but one cause of action is stated, and in our opinion it is an action for assault, and not for trespass. Order affirmed, with ten dollars costs and disbursements. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Charles C. Halgren, Appellant, v. Florence Ross Halgren, Respondent. — Order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Mary E. Brown, as Administratrix, etc., of James L. Brown, Deceased, Appellant. William C. Brown and Others, Respondents.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Nathan Mendalis, Respondent, v. Morris Berger, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Stapleton and Putnam, JJ., concurred; Jenks, P. J., and Burr, J., dissented.